*Robert A. Whitehead,* assistant attorney general, in opposition.

Decided July 14, 1994

STATE OF CONNECTICUT *v.* STEVEN T. WASHBURN

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 557 (AC 12297), is denied.

*David S. Grossman,* in support of the petition.

*Jacqueline J. Footman,* assistant state's attorney, in opposition.

Decided July 14, 1994

STATE OF CONNECTICUT *v.* MICHAEL M. MORIN

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 915 (AC 12631), is denied.

*Frederick W. Odell,* in support of the petition.

Decided July 14, 1994